```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

UNITED STATES OF AMERICA,         )
                                  )
v.                                )
                                  )
DARIUS RAYSHAUN KING,             )
JHUSTYN KELVIN MITCHELL,          )
RICKY ALLEN WILLIAMS,             )
JACKII DEMETRIUSS FLOYD,          )
SAQUAN LANARD ROUSE,              )
KENNETH MALIK WISE,               )
BRANDON DONTE TIPPS,              )       1:22CR75
JAQUAN TYREE WILLIAMS-CLARK,      )
JALEN RASHAD FORD,                )
JEREMY WAYNE HASTY,               )
JOSEPH MORANT TISDALE,            )
ROBERT LEE TOWNSEND, JR., and     )
TERRANCE GERNADO COLEMAN,         )
                                  )
          Defendants.             )

**ORDER**

Before the court is the Motion for Order Appointing Coordinating Discovery Attorney filed by counsel for Defendant Joseph M. Tisdale. (Doc. 94). However, the motion does not indicate the position of the other Defendants in the case. Because any appointment of a Coordinating Discovery Attorney contemplates the support of some or perhaps all other counsel, the position of the other Defendants is important in the court's assessment. Counsel for Defendant Tisdale should therefore meet and confer with counsel for all other Defendants and with Mr. Larry Dash, CJA Case Budgeting Attorney of the Fourth Circuit, if helpful,

following which each Defendant through counsel should file a notice indicating that Defendant's position.

SO ORDERED.

/s/   Thomas D. Schroeder
United States District Judge

April 12, 2022